IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DAVID HARMAN, | : | No. 4:CV 06-1370 |
| Plaintiff, | : | Judge Jones |
| v. | : | |
| SANDRA KAUFMAN and RANDY HUBER, | : | |
| Defendants | : | |

## ORDER

## August 11, 2006

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Pending before the Court are *pro se* Plaintiff James David Harman's Request for Entry of Default and Default Judgment against Defendant Sandra Kaufman (doc. 6) and Request for Entry of Default and Default Judgment against Defendant Randy Huber (doc. 7) filed on today's date. Plaintiff requests that this Court enter a default judgment in his favor because the Defendants have not answered the complaint. However, a review of the docket indicates that Defendant Sandra Kaufman did indeed file an answer to the complaint on July 27, 2006 (doc. 4) and that on today's date we entered an Order (doc. 8) extending Defendant Randy Huber's time to answer until August 31, 2006.

Accordingly, the Requests for Entry of Default and Default Judgment

against the Defendants shall be denied.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Request for Entry of Default and Default Judgment against Defendant Sandra Kaufman (doc. 6) is DENIED.

2. The Request for Entry of Default and Default Judgment against Defendant Randy Huber (doc. 7) is DENIED.

```
_____
John E. Jones III
United States District Judge
```